Sima G. Aghai, SBN 156354
LAW OFFICES OF SIMA G. AGHAI
12362 Beach Boulevard, Suite 21
Stanton, California 90680
(714) 901-1222
(714) 901-1220 (F)
simaaghai@msn.com
Attorney for Plaintiff JOSE J. RODRIGUEZ

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE J. RODRIGUEZ, | CASE NO. 2:21-cv-3691-DOC-MRW |
| Plaintiff, | |
| v. | [PROPOSED] ORDER FOR AWARD OF EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. §2412(d) |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant | |

Pursuant to the Stipulation of the parties, Plaintiff's Affidavit and Assignment of EAJA Fees, and all the files, records and proceedings in this matter, it is hereby

**ORDERED** that Plaintiff is awarded attorney fees in the total amount of **$7,250** as authorized by 28 U.S.C. §2412.

Dated: 1/23/2023

_____
HONORABLE MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE